**Order entered July 23, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00307-CV

**THIEN  AN  VO, Appellant**

**V.**

**HARRIS COUNTY COMMISSIONERS COURT, Appellee**

**On Appeal from the 133rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-72816**

## ORDER

The reporter's record in this appeal is currently due.  By motion filed July 22, 2021, appellant requests we declare her indigent so that the court reporter responsible for the record will file the record.  Appellant notes she filed a statement of inability to afford costs in the trial court and was allowed to proceed there without payment of costs. *See* TEX. R. CIV. P. 145.  She explains, however, that the court reporter has nonetheless asked for an order showing she is indigent.

Under Texas Rule of Civil Procedure 145, a party who has filed a statement of inability to afford costs cannot be required to pay costs unless ordered to do so. *See id.* Because nothing before the Court reflects appellant has been ordered to pay costs, we **GRANT** the motion to the extent we **ORDER** Darlene Stein, Official Court Reporter for the 133rd Judicial District Court, to file the reporter's record without payment of costs. The record shall be filed no later than August 9, 2021.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Stein and the parties.

/s/    KEN MOLBERG
       JUSTICE